NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUBENS ASPILAIRE,                )
                                 )
            Appellant,           )
                                 )
v.                               )      Case No. 2D18-4108
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____  )

Opinion filed July 31, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Rubens Aspilaire, pro se.


PER CURIAM.


                Affirmed.



LaROSE, BLACK, and SLEET, JJ., Concur.